FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GABRIEL VALDEZ,

                        Petitioner,

    v.

CHEEFE ROB GERERA,

                        Respondent.

NO: 4:23-CV-5105-TOR

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND SUMMARILY DISMISSING PETITION WITHOUT PREJUDICE

Petitioner, a pretrial detainee at the Benton County Jail, seeks to file *in forma pauperis* a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Because it appears Petitioner lacks sufficient funds to prosecute this action, **IT IS ORDERED** that Petitioner's application, ECF No. 3, is **GRANTED.** For the reasons set forth below, the Court will summarily dismiss Petitioner's habeas corpus petition without prejudice.

**SUMMARY DISMISSAL**

Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules") provides

for the summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court." Habeas Rule 1(b) provides that this Court may "apply any or all of these rules" to any habeas petition. Here, it is clear that Petitioner is not entitled to federal habeas relief at this time.

Petitioner asks this court to "dismiss with prejudice" a pending state criminal proceeding, and to "expunge [his] criminal history of any & all charges relating to case no: 18-1-01494-03. or amend faulty information to reflect correct case no." ECF No. 1 at 7. Petitioner signs his supplemental documents utilizing UCC 1-308. *Id.* at 43. The Court notes that there is nothing in the Uniform Commercial Code that would help Petitioner challenge the legality of his present confinement.

As his first ground for federal habeas corpus relief, Petitioner contends that the charging document is "constitutionally defective" because it lists his criminal case number as 18-1-01494-03, rather than as 18-10-14-94-1. *Id.* at 6. As his second ground for federal habeas corpus relief, Petitioner asserts that he has no administrative remedies "for redress through incorrect case no." *Id.* (as written in original). He indicates that he has filed "82 motions & Reconsiderations," which have all been denied. *Id.* He contends that he was told to "save it for appeal," which he considers "entrapment" and "selective enforcement." *Id.* As his third stated ground for federal habeas relief, Petitioner claims: "prosecutorial entrapment- in

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
SUMMARILY DISMISSING PETITION WITHOUT PREJUDICE -- 2

1   violation of 7 U.S.C.S. § 2024 by misleading, misconduct and deliberate willful

2   blindness by pleading claim Through a 'Diversion Contract' and using incorrect case

3   No." *Id.* (as written in original).

4       Liberally construing the documents in the light most favorable to Petitioner,

5   the Court can discern no constitutional violation.  The case numbers Petitioner

6   presents are substantially the same, save for the placement of the "dashes" and a

7   difference in the final numbers of "03" and "1."  While this is apparently very

8   concerning to Petitioner, these minor distinctions have no constitutional

9   implications.

10      Petitioner offers no authority for his conclusion that the presentation of a state

11  criminal case number is erroneous or how his alleged inability to challenge this

12  presentation in his state criminal proceedings constitutes a Fourteenth Amendment

13  due process violation.  Petitioner states that he "filed a [11 USCS] chapter 13 with

14  the correct case no[,]" and "F.B.I. NCIC History with the Correct Superior Court

15  case no[.]"  *Id.* at 6.  The Court cannot plausibly infer from Petitioner's documents

16  that he is in custody in violation of the laws or constitution of the United States.  His

17  submissions received on August 3, 2023, ECF No. 4, do not alter the Court's finding.

18  Therefore, Petitioner is not entitled to federal habeas corpus relief at this time and

19  his petition is dismissed without prejudice pursuant to Habeas Rule 4.

20  //

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
SUMMARILY DISMISSING PETITION WITHOUT PREJUDICE -- 3

**ACCORDINGLY**, **IT IS HEREBY ORDERED**:

1.  The application to proceed *in forma pauperis*, **ECF No. 3**, is **GRANTED**.

2.  The Petition, **ECF No. 1**, is **DISMISSED without prejudice**.

3.  Any pending Motions are **DENIED as moot** and any hearings and deadlines shall be terminated.

4.  The Court certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability is **DENIED.**

The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner, and **CLOSE** the file.

**DATED** August 7, 2023.



THOMAS O. RICE
United States District Judge

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
SUMMARILY DISMISSING PETITION WITHOUT PREJUDICE -- 4